**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WENDY CRISTINA SOLORANZO GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | Civil Action No: 26-8511 (SDW)<br><br>**WHEREAS OPINION**<br><br>August 19, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Wendy Cristina Solorzano Gutierrez's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

**WHEREAS** July 8, 2026, Petitioner filed a petition in this District challenging her immigration detention in Delaney Hall Detention Facility ("First Petition"). That petition was assigned to District Judge Claire C. Cecchi. *Solorzano Gutierrez v. Field Office Director*, No. 26-cv-8428 (D.N.J. July 8, 2026); and

**WHEREAS** Petitioner submitted this Petition on July 10, 2026 (ECF No. 1); and

**WHEREAS** the Petition raises the same arguments raised in the First Petition; and

**WHEREAS** the First Petition is still pending. It would not be an efficient use of judicial resources to proceed with duplicative petitions; and

**WHEREAS** this Court will dismiss the Petition as duplicative. This Court notes that Respondents remain enjoined from transferring Petitioner from her present location until the First Petition is resolved. *See Solorzano Gutierrez*, No. 26-cv-8428 (ECF No. 4).

An appropriate order follows.

**SUSAN D. WIGENTON, U.S.D.J.**