**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WENDY CRISTINA SOLORZANO GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | Civil Action No: 26-8511 (SDW)<br><br>**ORDER**<br><br>August 18, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Wendy Cristina Solorzano Gutierrez's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and for the reasons stated in the accompanying Opinion,

**IT IS** on this 19th day of August 2026,

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED AS DUPLICATIVE**; and it is finally

**ORDERED** that Clerk shall send a copy of this Opinion and Order to Petitioner by regular mail and mark this case **CLOSED**.

**SO ORDERED**.

SDWigenton

**SUSAN D. WIGENTON, U.S.D.J.**